1  BENJAMIN B. WAGNER
   United States Attorney
2  GRANT B. RABENN
   KEVIN P. ROONEY
3  Assistant U.S. Attorney
   2500 Tulare Street, Suite 4401
4  Fresno, California 93721
   Telephone: (559) 497-4000
5  Facsimile: (559) 497-4099

6  Attorneys for the
   United States of America

**SEALED**

**FILED**

MAR 19 2014

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
          DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

IN THE MATTER OF THE SEARCH OF         )   SW NO. 1:14sw 00046 BAM
                                        )
A trailer located at Unit 959 at Derrel's Storage,  )   **UNDER SEAL**
7060 E. Dakota, Avenue, Fresno, California )
93727                                   )   SEALING ORDER
                                        )

The United States of America, having applied to this Court, for an Order permitting it to file the Search Warrant Papers, defined in the Application, in the above-entitled proceedings, together with its Application to Seal, under seal, and good cause appearing thereon,

IT IS HEREBY ORDERED that the Search Warrant Papers in the above-entitled proceedings, together with the Application to Seal, shall be filed with the Court under seal and shall not be disclosed pending further order of this court.

DATED: 3/18/14

_____
Hon. Barbara A. McAuliffe
U.S. MAGISTRATE JUDGE